# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony Chase Ingram**                    **Docket No. 5:24-CR-275-1FL**

### Petition for Action on Conditions of Pretrial Release - SENTENCED

COMES NOW Lakesha H. Wright, Senior U.S. Probation Officer of the court, presenting a petition for modification regarding defendant, Anthony Chase Ingram, who was originally placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 24th day of October, 2024. As conditions of release, the court, in part, designated Ingram's mother, Elizabeth Wade, as his third-party custodian and ordered that the defendant abide by a curfew with Radio Frequency (RF) monitoring.

On October 25, 2024, the government appealed the magistrate's order releasing the defendant. On November 5, 2024, the Honorable Louise W. Flanagan, U.S. District Judge, affirmed the magistrate order setting conditions of release, and included a condition ordering that all devices wherein the defendant resides have internet monitoring installed.

On July 14, 2025, Ingram appeared with counsel for his arraignment before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, and pled guilty to Count 3 of the Indictment which charged Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252(b)(1). The court allowed the defendant to remain on release but modified the conditions of release to include home incarceration. The court also ordered that Ingram only use the internet to attend virtual medical appointments.

On February 19, 2026, the defendant appeared with counsel for sentencing before the Honorable Louise W. Flanagan, U.S. District Judge. He was ultimately sentenced to 109 months imprisonment and 10 years supervised release. The court also ordered that the defendant surrender for service of the sentence at the institution designated by the Bureau of Prisons as notified by the U.S. Marshal, but not sooner than 45 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 13, 2026, notification was filed with the court by the U.S. Marshal advising that the defendant is ordered to surrender to FCI Loretto in Loretto, Pennsylvania, by 12:00 noon on April 14, 2026.

Due to the nature of Ingram's conviction and to ensure he is monitored during his travel to the BOP facility, it is respectfully recommended that the current location monitoring technology for his home incarceration condition be modified from Radio Frequency (RF) to GPS, and that the probation officer be allowed to install the GPS monitoring equipment upon finalization of the defendant's travel plans. The defendant signed a Waiver of Hearing agreement to the proposed modification.

**Anthony Chase Ingram**
**Docket No. 5:24-CR-275-1FL**
**Petition For Action**
**Page 2**

## PRAYING THAT THE COURT WILL ORDER

1. The defendant's current location monitoring technology shall be modified from Radio Frequency (RF) to GPS for the purpose of monitoring the defendant's impending self-surrender to the designated Bureau of Prisons facility. The defendant shall be restricted to his residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The defendant shall comply with all location monitoring program requirements, instructions, and procedures provided by the supervising officer. The installation date of the GPS monitoring equipment shall be determined by the supervising officer upon finalization of the defendant's travel plans.

Reviewed and approved,                                    I declare under penalty of perjury that the foregoing
                                                          is true and correct.


/s/Maurice J. Foy                                         /s/Lakesha H. Wright
Supervisory U.S. Probation Officer                        Senior U.S. Probation Officer
Phone: 919-861-8678                                       Phone: 252-335-5508
                                                          Executed On: March 27, 2026

## ORDER OF THE COURT

Considered and ordered the __31st__ day of __March_____, 2026, and ordered filed and made part of the records in the above case.


Louise W. Flanagan
U.S. District Judge