IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00275-FL

| UNITED STATES OF AMERICA | |
| --- | --- |
| v. | **ORDER FOR RESTITUTION** |
| ANTHONY CHASE INGRAM | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 2259(b)(3) and 3664, and in accordance with the terms and conditions of Defendant's plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes $38,250 in restitution, which shall be due and payable immediately as follows:

| Victim | Series | Restitution Agreed |
| --- | --- | --- |
| April | Aprilblonde | $3,000 |
| Maria | Best Necklace | $3,000 |
| Eliza | HG1 | $3,000 |
| Jenny | Jenny | $3,000 |
| Maureen | Lighthouse 1 | $3,000 |
| Sarah | Marineland1 | $4,000 |
| PD11 | PD11 | $3,000 |
| Alex | RCA | $3,000 |
| SV | SparklingVelvet | $5,000 |
| Sloane | Tara | $5,000 |
| Lily | Vicky | $3,250 |

1

| | TOTAL | $38,250 |
|---|---|---|

Defendant and the United States agree that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law. Finally, Defendant and the United States agree that any interest is waived.

The Court finds that Defendant's agreements, including the amount of restitution and the joint and several liability, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $38,250 in restitution, without interest, to the victims in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

So ORDERED this __6th__ day of April 2026.


_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

2